**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

---

No. 98-60458

---

LANIS D. NOBLE,

Plaintiff - Counter-Defendant - Appellant,

versus

PRUDENTIAL SECURITIES, INC.;
ET AL.,

Defendants.

PRUDENTIAL SECURITIES, INC.,

Defendant - Counter-Claimant - Appellee.

---

Appeal from the United States District Court
for the Southern District of Mississippi

(91-CV-392)

---

June 4, 1999

Before POLITZ, HIGGINBOTHAM and DAVIS, Circuit Judges.

PER CURIAM:[*]

Lanis D. Noble appeals the judgment affirming an adverse arbitration award. Having considered the briefs and oral arguments of the parties, and pertinent parts of the record, and finding no reversible error, the judgment appealed is AFFIRMED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.